UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA    :

                v.                      :          **Revised Scheduling Order**

JERMAINE HARMON,    :    20 Cr. 549 (ER)

               Defendant.    :

------------------------------------------------------------X

The Court has reviewed the request of the defendant JERMAINE HARMON for an adjournment of the defendant's sentencing hearing, filed with the consent of the Assistant United States Attorneys Maurene Comey and Jessica Lonergan.

ORDERED that the request for an adjournment is hereby granted and the scheduling of this proceeding is revised as follows:

|  | Date |
|---|---|
| **Sentencing Submissions** |  |
| Defendant shall serve and file his sentencing submission by: | 01/26/2021 |
| Government shall serve and file its sentencing submission by: | 02/02/2021 |
| **Objections to Presentence Investigation Report** |  |
| Each party shall serve its objections to the presentence investigation report, if any, by: | 01/26/2021 |
| **Sentencing Hearing** |  |
| Defendant's sentencing hearing shall take place on: | 2/16/2021 at 11 AM/~~PM~~ |

Dated: New York, New York
      January 22, 2021

                                                    HONORABLE EDGARDO RAMOS
                                                    UNITED STATES DISTRICT JUDGE

The Clerk of the Court is respectfully directed to terminate the motions, docs. 37 and 38.