UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA,

        - against -

JERMAINE HARMON,

                      Defendant.
-------------------------------------------------------x

**RESCHEDULING ORDER**

20-cr-549 (ER)

The initial violation of supervised release conference previously scheduled for 4:00 p.m. on November 17, 2022, is hereby **rescheduled for 4:30 p.m. on November 17.**

SO ORDERED.

Dated: New York, New York
         November 10, 2022

                                                                          Edgardo Ramos, U.S.D.J.